UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DENNIS JEROME WADDELL,**

    **Plaintiff,**

  v.                                    Case No. 2:20-cv-706
                                          Judge Edmund A. Sargus, Jr.
                                          Magistrate Judge Kimberly A. Jolson

**DAVID GORMLEY,** *et al.*,

    **Defendants.**

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on February 12, 2020. (ECF No. 3.) The Magistrate Judge reports that Plaintiff's Complaint is frivolous, lacking any recognizable legal claim, and recommends dismissal of the Complaint. (*Id.*) Plaintiff timely objected to the Report and Recommendation and attached two exhibits to his objection. (ECF No. 5.) The Court has reviewed *de novo* Plaintiff's objection and the attached exhibits, and **OVERRULES** the objection. The Magistrate Judge's Report and Recommendation correctly states that Plaintiff's Complaint does not contain any recognizable legal claim. Accordingly, the Court **ADOPTS** the Report and Recommendation, (ECF No. 3), and **DISMISSES** Plaintiff's Complaint. The Clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**

**5/24/2021**                                          **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**